**FILED**

03/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0023

IN THE SUPREME COURT OF THE STATE OF MONTANA
OP 22-0023

| | |
|---|---|
| CHARLES DANIEL SMITH, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant-Appellee. | **ORDER GRANTING MONTANA TRIAL LAWYERS ASSOCIATION'S MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE*** |

Upon motion of the Montana Trial Lawyers Association ("MTLA") for leave to participate as *amicus curiae* in the above-captioned matter, and good cause appearing therefrom,

IT IS HEREBY ORDERED that MTLA's motion is GRANTED. MTLA shall file its *amicus* brief on or before the same date when the Plaintiff-Appellant's opening brief is due.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2022